

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-12-00771-CV

David M. **DUNLOP**,
Appellant

v.

John D. **DELOACH**, John David DeLoach d/b/a Bexar Towing and 2455 Greenway Office
Associates LP,
Appellees

From the County Court at Law No. 5, Bexar County, Texas
Trial Court No. 377809
Honorable Jason Pulliam, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the portion of the trial court's judgment dismissing appellant David M. Dunlop's petition for writ of mandamus is AFFIRMED. The portion of the trial court's judgment awarding $1,000.00 in attorney's fees as sanctions to counsel for appellees John D. DeLoach, Individual, John David DeLoach d/b/a Bexar Towing, and 2455 Greenway Office Associates, Limited Partnership is REVERSED and judgment is RENDERED that appellees John D. DeLoach, Individual, John David DeLoach d/b/a Bexar Towing, and 2455 Greenway Office Associates, Limited Partnership take nothing on their claim for sanctions.

It is ORDERED that appellant David M. Dunlop recover his costs of this appeal from appellees John D. DeLoach, Individual, John David DeLoach d/b/a Bexar Towing, and 2455 Greenway Office Associates, Limited Partnership.

SIGNED April 10, 2013.

_Marialyn Barnard_
Marialyn Barnard, Justice